IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | |
| § | CRIMINAL No. 4:18-670 |
| ALFONZO ELIEZER GRAVINA-MUNOZ § | |

## Notice of Transfer

1. This case has been transferred to Judge Gray Miller for this reason:

   ■ Agreement between the judges. (4:15-cr-637)

   ☐ Bankruptcy-related case reassigned to the judge with the lowest-numbered case.

   ☐ Case exchanged for CA _____ which was transferred due to:

       ☐ Recusal     ☐ Judges' agreement     ☐ Bankruptcy related

   ☐ Creation of docket for new judge.

   ☐ Other _____.

2. Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

DAVID J. BRADLEY, Clerk

Date: December 10, 2018     By : *C. Horace*
                                                Case Manager to Judge Kenneth M. Hoyt