# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

DEC 18 2018

David J. Bradley, Clerk of Court

20181127-137
Alfonzo Eliezer Gravina-Munoz
26019 Redding Ridge Ln
Katy, TX US 77494

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Tuesday, November 27, 2018
Case Number: 4:18-cr-00670
Document Number: 10 (1 page)
Notice Number: 20181127-137
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W
0001374615 NOV. 27. 2018
$ 000.47⁰

United States District Court
Southern District of Texas
FILED
DEC 18 2018
David J. Bradley, Clerk of Court

NIXIE        773  DC 1         0012/14/18
           RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD

BC: 7720810101010          *1233-07839-27-44