UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| DARWIN ENRIQUE PADRON ACOSTA *on bond* § | CRIMINAL ACTION H-16-437 |
| ALFONZO ELIEZER GRAVINA MUNOZ *on bond* § | CRIMINAL ACTION H-15-637 |
| ALFONZO ELIEZER GRAVINA MUNOZ *on bond* § | CRIMINAL ACTION H-18-670 |

## Order

The sentencing of the defendant is reset as follows:

1. The presentence investigation report will be available to the defendant by October 18, 2019.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by November 1, 2019.

3. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by November 15, 2019.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than NOON the Monday prior to sentencing to be considered.**

5. The sentencing will be held on November 19, 2019 at 10:00 a.m.

Signed at Houston, Texas on July 11, 2019.

_____
Gray H. Miller
Senior United States District Judge